UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/17/2013
```

FRANCISCO ABREU, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

        Plaintiff,

-against-

SHINOBI NY L.L.C. and HARUO YAZAKI,

        Defendants.

13 CV 6322

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, acting by means of their respective counsel, that the time for Defendants to answer, move or otherwise respond with respect to the Complaint in the above matter is hereby extended through and including October 11, 2013. There has been no previous request for an extension of time.

IT IS FURTHER STIPULATED AND AGREED, that Defendants also agree to (i) consent to the jurisdiction of the Court, (ii) waive all defenses to invalid service of process and (iii) accept service on the Complaint and all amendments thereon.

For the Defendants:

By: _____
Noel Tripp, Esq.
Jackson Lewis LLP
58 South Service Road, Suite 410
Melville, NY 11747
Telephone: (631) 247-0404
Fax: (631) 247-0417
TrippN@jacksonlewis.com

Date: 9/16/13

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1180
Fax: (212) 465-1181
cklee@leelitigation.com

Date: 9/16/13

SO ORDERED.

_____
Jesse M. Furman
United States District Judge
Part One

September 17, 2013
_____
Dated