```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: OCT 04 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Francisco Abreu,

                          Plaintiff(s),

       -v-

Shinobi NY LLC,

                         Defendant(s).
------------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

13 Civ. 6322 (LTS)(SN)

LAURA TAYLOR SWAIN, District Judge

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| ___ | If referral is for discovery disputes for a specific period when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Referral for discovery disputes requiring prompt attention at any time when the District Judge is not immediately available (e.g., on trial or out of town) | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Settlement* (Principals to participate as required by Magistrate Judge) | ___ | Particular Motion:_____ |
| ___ | Inquest After Default/Damages Hearing | ___ | All such motions: ____ |

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:     New York, New York
               October 3, 2013

                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge