Swain, 8



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - -

FRANCISCO ABREU,
*on behalf of himself, FLSA Collective Plaintiffs and*
*the Class,*

                    Plaintiff,                                      Case No. 13-cv-6322

          -against-                          **STIPULATION OF VOLUNTARY**
                                             **DISMISSAL PURSUANT TO F.R.C.P.**
                                             **41(a)(1)(A)(ii)**

SHINOBI NY L.L.C. and HARUO YAZAKI,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - -

      IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective

counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the Defendants,

SHINOBI NY L.L.C. and HARUO YAZAKI, pursuant to the Federal Rules of Civil Procedure

41(a)(1)(A)(ii).

For the Defendants:                          For the Plaintiffs:

By: _____             By: _____
      Felice Ekelman, Esq.                         C.K. Lee, Esq.
      Jackson Lewis P.C.                            Lee Litigation Group, PLLC
      666 Third Avenue                              30 East 39th Street, 2nd Floor
      New York, NY 10017                            New York, New York 10016
      Telephone: (212) 545-4005                     Telephone: (212) 465-1188
      Fax: (212) 972-3213                           Fax: (212) 465-1181
      ekelmanf@jacksonlewis.com                     cklee@leelitigation.com

Date: 12/17/13 _____

                                             Date: 12-17-13 _____
The Clerk of Court is requested to
SO ORDERED:  close this case.

Dated: 12/19/13 _____

                                             _____
                                                 United States District Judge          jn